# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-0647
LT Case No. 42-2018-CF-1585-A
_____

MALCOLM JAMAL THOMAS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.850 Appeal from the Circuit Court for Marion County.
Robert W. Hodges, Judge.

Malcolm Jamal Thomas, Lake City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Samuel
Perrone, Assistant Attorney General, Daytona Beach, for
Appellee.

June 2, 2026


PER CURIAM.

    AFFIRMED.


MAKAR, EISNAUGLE, and HARRIS, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————